(Post 11/2015)

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
__Central__ DIVISION

Gregory W Poole
_____

(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 4:21-cv-117-KGB
(case number to be supplied by the assignment clerk)

Envoy Airlines
_____

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Gregory W Poole__, is a
   (name of plaintiff)
citizen of the United States and resides at __1241 Norris Rd__,
                                              (street address)
__Memphis__, __Shelby__, __TN__, __38106__,
(city)      (county)    (state)   (ZIP)
__901-462-1570__.
(telephone)

3. Defendant, __Envoy Airlines__, lives at, or its
              (name of defendant)
business is located at __2400 David Grumdest Sr Dr Bldg 200, Little rock__,
                        (street address)                        (city)
__Pulaski__, __Arkansas__, __72206__.
(county)     (state)       (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at 2400 David Grundest, Sr. Dr Bldg 200, Little Rock,
                                  (street address)                                    (city)

Pulaski, Arkansas, 72206.
(county)     (state)     (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about  04  /  10  /  2020 .
                              (month)    (day)    (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about  09  /  01  /  2020 .
                              (month)    (day)    (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on  11  /  26  /  2020 , a copy of which notice is attached to this complaint.
                              (month)    (day)    (year)

8. Because of plaintiff's (1) __✓__ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) __✓__ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) _____

_____

_____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: _Discriminated against due to my race (Black) in violation of the Civil Rights Act, Racial harassment and bulling on the job._

10. The acts set forth in paragraph 9 of this complaint:

    (a) _____ are still being committed by defendant.

    (b) _____ are no longer being committed by defendant.

    (c) __✓__ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) _____ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) __✓__ Defendant be directed to _Montary + Benifits_

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_[signature]_
SIGNATURE OF PLAINTIFF

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gregory Poole<br>1241 Norris Road<br>Memphis, TN 38106 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 900<br>Memphis, TN 38104 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2020-02872 | JOSHUA J. COLLINS,<br>Investigator Support Asst | (901) 544-0070 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*        November 25, 2020

Enclosures(s)       **Delner Franklin-Thomas,**       *(Date Mailed)*
                 **District Director**

cc:   **Chanen J. Lively<br>Human Resources Director<br>ENVOY AIR INC<br>4301 Regent Blvd.<br>Md 243<br>Irving, TX 75063**